**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Samantha Jo Quackenbush<br>DOB: 1985; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-02810MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 31, 2020, at or near Nogales, in the District of Arizona, **Samantha Jo Quackenbush** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 31, 2020, at approximately 5:37 p.m., **Samantha Jo QUACKENBUSH** presented herself for inspection at the DeConcini Port of Entry (POE) in Nogales, Arizona. **QUACKENBUSH** was the driver and sole occupant of a 2020 Nissan Rogue. **QUACKENBUSH** told a Customs and Border Protection Officer (CBPO) that she traveled to Mexico the night prior to see her boyfriend, who she has known for about two months. **QUACKENBUSH** also stated that she currently lives in Colorado, that she is unemployed, and that the Narcan in her purse belongs to a friend. CBPOs referred **QUACKENBUSH** and her vehicle to secondary inspection due to the inconsistent itinerary, lack of crossing history, and nervous behavior. In secondary, the vehicle was scanned with the Z-portal x-ray scanner and anomalies were observed in the spare tire of the vehicle that is located inside the vehicle with no access from the outside. A CBP canine alerted to an odor it is trained to detect emanating from the spare tire. **QUACKENBUSH** then made a statement that someone had borrowed her vehicle the night before. After further investigation, 11 packages were discovered hidden inside the spare tire. A representative sample of the contents of the packages tested positive for the characteristics of methamphetamine. The methamphetamine had a total weight of 3.42 kilograms.

After waiving her *Miranda* rights, **QUACKENBUSH** stated that she went to Mexico to visit her boyfriend. She did not recall where he lived or what his phone number was. **QUACKENBUSH** stated that she always deleted her phone log after her boyfriend would call so his number would not be in her phone. **QUACKENBUSH** stated that when she crossed into Mexico, her boyfriend and his friends were waiting for her and she then followed her boyfriend to a house where she stayed the entire time. **QUACKENBUSH** stated that she left the keys of the vehicle on the table when she went to bed, and that the keys were in the same place when she woke up. **QUACKENBUSH** then stated that someone borrowed her vehicle to buy cigarettes and she did not know how long they were gone, who they were, or where they went.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/pl<br>AUTHORIZED AUSA *Kevin Hakala*<br>Digitally signed by KEVIN HAKALA Date: 2021.01.04 10:11:57 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br>RICHARD E KOCH<br>Digitally signed by RICHARD E KOCH<br>Date: 2021.01.04 10:31:02 -07'00'<br><br>**OFFICIAL TITLE**<br>HSI Special Agent<br>Richard Koch |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>January 4, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54